FILED* US Bankruptcy Court-UT
FEB 10 2020 PM 1:24

J. Kevin Bird (3992)
TRUSTEE
384 East 720 South, Suite 201
Orem, UT 84058
(801) 426-4700

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

* * * * * * *

| | |
|---|---|
| IN RE | Case No. 16-26318-RKM |
| SANDRA ANSLEY | Chapter 7 |
| Debtor(s) | TRUSTEE'S NOTICE OF PAYMENT OF FUNDS INTO REGISTRY |

* * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1

1. On June 4, 2019, J.Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The funds are on deposit with Independent Bank, Account No.: 52611626318

3. The following check issued to the debtor remains unpaid, although more than ninety days has passed:

| Claim # | Claimant | Claim amount | Dividend amount |
|---|---|---|---|
|  | SANDRA ANSLEY<br>1320 WEST MAIN APT F3<br>VERNAL, UT 84078 | $4,157.18 | $4,157.18 |
| Total: |  |  | $4,157.18 |

Notice is hereby given that, pursuant to 11 U.S.C. § 347(a), the Trustee has stopped payment on the foregoing check and the balance of unclaimed funds in the amount of $4,157.18 are hereby paid into the Registry.

4. A check in the amount of $4,157.18 representing the foregoing unclaimed funds has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 2/7/2020

_____
J.Kevin Bird, Trustee

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2020, I caused to be served a true and correct copy of the foregoing Trustee's Notice of Payment of Funds into Registry as follows:

**Mail Service:** By regular first class United States mail, postage fully pre-paid, addressed to:

Sandra Ansley
1320 West Main, Apt. F3
Vernal, UT 84078

*Melanie Valderrama*